UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br>Lukke Dewey<br>Jaimie L. Dewey, et al.<br><br><br>Debtor(s) | BK No.:   15-81747<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Thomas M. Lynch |

**Final Decree and Certificate of Consummation**

A PLAN OF REORGANIZATION and DISCLOSURE STATEMENT under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on October 1, 2015, and an AMENDED PLAN OF REORGANIZATION and AMENDED DISCLOSURE STATEMENT having been filed on January 12, 2016; the Court having entered an Order approving the Amended Disclosure Statement on January 14, 2016 and having entered an Order confirming the Amended Plan of Reorganization on April 4, 2016; the time for appeal having elapsed with the appeal or notice of appeal not having been filed; and Notice of the Debtors' Application for an Order declaring the Plan to have been substantially consummated having been given to those entitled to such notice; and it having been determined by the Court, based upon the Debtors' Application on file and the whole record herein that:

1. That transfer or other disposition of all or substantially all of the property dealt with by the Plan pursuant to the provisions of the Plan has occurred.
2. The Reorganized Debtors as defined in the Plan have assumed the operation and management of all or substantially all of the property dealt with by the Plan.
3. The Reorganized Debtors have distributed to certain creditors affected by the Plan the certain cash as specified in the Plan.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Debtors are released from all its dischargeable debts and liabilities, except as provided in the Plan and Order confirming the Plan.
2. That the rights and interest of the creditors of the Reorganized Debtors hold the same rights as existed on July 1, 2015, the date of the filing of the petition in bankruptcy, as provided in the Plan and Order confirming the Plan and no other rights.
3. The Plan has been substantially consummated.
4. The Estate is hereby closed.

Enter: *(signed)* Thomas M. Lynch

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  June 22, 2016

**Prepared by:**

Attorney Bernard J. Natale
Bernard J. Natale, Ltd.
Edgebrook Office Center
1639 N. Alpine Road, Suite 401
Rockford, IL  61107
(815) 964-4700